

# Fourth Court of Appeals
## San Antonio, Texas

October 3, 2022

No. 04-22-00579-CV

**IN THE INTEREST OF D.J.R., A CHILD**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA02365
Honorable Nicole Garza, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The reporter's record was originally due September 19, 2022 but was not filed. On September 21, 2022, this court notified the court reporter by letter that the reporter's record was late and instructed the court reporter to file the record or a notice of late record by October 1, 2022. The court reporter has filed neither. Accordingly, we ORDER the court reporter to file the reporter's record by **October 13, 2022.** See TEX. R. APP. P. 35.3(c).

It is so **ORDERED** October 3, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT